# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 6:23-cr-00030-MC |
| v. | **MISDEMEANOR INFORMATION** |
| **LORENA WALDRIP,** | 21 U.S.C. § 844(a) |
| Defendant. | |

**THE UNITED STATES ATTORNEY CHARGES:**

**<u>COUNT 1</u>**
**(Simple Possession of Controlled Substance)**
**(21 U.S.C. § 844(a))**

Between on or about January 2018 and April 2018, in the District of Oregon, the defendant **LORENA WALDRIP**, knowingly and intentionally possessed hydromorphone, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 844(a).

Dated: January 30, 2023.

Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

s/ *William M. McLaren*
WILLIAM M. McLAREN
Assistant United States Attorney